# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Vonetta L. Gardner,                                          Case No.: 3:20-cv-01332-JGC

   Plaintiff

 v.                                                              **ORDER**

Commissioner of Social Security

   Defendant.


This is an appeal from the denial of Social Security benefits. I referred the petition to a Magistrate Judge for filing of a Report & Recommendation, which the Magistrate Judge has filed (Doc. 18). In the Report & Recommendation the Magistrate Judge has duly notified the petitioner of the deadline for filing objections. That time has passed without the petitioner having filed timely objections.

On *de novo* review, I find the Report & Recommendation well-taken in all respects.

Accordingly, it is hereby

**ORDERED THAT** the Magistrate Judge's Report & Recommendation (Doc. 18) be, and the same hereby is, adopted as the order of this court, and the petition be, and the same hereby is, remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.


So ordered.

        /s/ James G. Carr
        Sr. U.S. District Judge